# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| HERMEION JAY MCLAURIN and JANICE LAWS, | ) ) ) |
| Plaintiffs, | ) ) Case No. 8:17-cv-00489-PX |
| v. | ) ) |
| PICCARD ENTERPRISES, LLC, and CHOICE HOTELS INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S CONSENT MOTION TO EXTEND TIME TO FILE ITS ANSWER TO THE COMPLAINT

Defendant Choice Hotels International, Inc. ("Defendant"), by and through undersigned counsel, with the consent of Plaintiffs, files this Motion to Extend Time to File its Answer to the Complaint. Specifically, Defendant moves this Court to extend the time in which to file its Answer to the Complaint up to and including Monday, March 20, 2017. In support of this motion, Defendant states that its counsel needs this additional time in which to fully review the facts at issue in the case and prepare and file its Answer, due to the date when counsel was retained, and also due to the scheduling demands upon its counsel in relation to other matters.

As a result, Defendant submits that good cause exists to grant this requested extension.

Prior to filing this Motion, counsel for Defendant contacted counsel for Plaintiffs, who indicated that Plaintiffs would consent to this request.

Accordingly, Defendant respectfully requests that this Motion be granted. A draft Order is attached hereto for the Court's consideration.

Respectfully submitted,

      /s/ John B. Flood
John B. Flood (MD Bar No. 27925)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, NW, Suite 1000
Washington, DC 20006
Tel.: (202) 887-0855
Fax: (202) 887-0866
Email: john.flood@ogletreedeakins.com

*Counsel for Defendant*
*Choice Hotels International, Inc.*

Dated: February 24, 2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| HERMEION JAY MCLAURIN and <br> JANICE LAWS, <br>            Plaintiffs, <br>      v. <br> PICCARD ENTERPRISES, LLC, and <br> CHOICE HOTELS INTERNATIONAL, <br> INC., <br>            Defendants. | Case No. 8:17-cv-00489-PX |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2017, a true and correct copy of the foregoing was filed via the Court's CM/ECF System, which caused a copy to be served on Plaintiffs' counsel of record. The foregoing was also served on the following by depositing a copy in the United States mail with sufficient first-class postage pre-paid:

Andrew D. Freeman, Esq.
Jean M. Zachariasiewicz, Esq.
Abigail A. Graber, Esq.
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Tel: (410) 962-1030
E-mail: adf@browngold.com
jmz@browngold.com
agraber@browngold.com
*Counsel for Plaintiffs*

PICCARD ENTERPRISES, LLC,
c/o Richard B. Schreibstein, Registered Agent
Schreibstein & Tucker, LLC
50 Corporate Center
10500 Little Patuxent Pkwy., Suite 305
Columbia, MD 21044
*Defendant*

                    /s/ John B. Flood
John B. Flood
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
E-mail: john.flood@ogletreedeakins.com
*Counsel for Defendant*
*Choice Hotels International, Inc.*