IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HERMEION JAY MCLAURIN and JANICE LAWS, | ) ) ) |
| Plaintiffs, | ) ) Case No. 8:17-cv-00489-PX |
| v. | ) ) ) |
| PICCARD ENTERPRISES, LLC, and CHOICE HOTELS INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Choice Hotels International, Inc.'s Consent Motion to Extend Time to File its Answer to the Complaint, it is hereby ORDERED that such Motion should be, and hereby is, GRANTED.

It is FURTHER ORDERED that the deadline for Defendant to file its Answer to the Complaint is extended to Monday, March 20, 2017.

SO ORDERED this  27th  day of  February , 2017.

/S/
UNITED STATES DISTRICT COURT JUDGE
PAULA XINIS