IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HERMEION JAY MCLAURIN, | : | |
| and | : | |
| JANICE LAWS, | : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 8:17-cv-00489-PX |
| PICCARD ENTERPRISES, LLC d/b/a QUALITY INN HOTEL IN CAMP SPRINGS, MARYLAND, | : : | |
| and | : | |
| CHOICE HOTELS INTERNATIONAL, INC., | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Robert G. McGinley and The Law Offices of Robert G. McGinley, P.C. as Counsel of record for Defendant, Piccard Enterprises, LLC.

Respectfully submitted,
THE LAW OFFICES OF ROBERT G. McGINLEY, P.C.

 /s/ Robert G. McGinley, #04642
Robert G. McGinley, #04642
17251 Melford Boulevard
Suite 200
Bowie, MD  20715
Tel:    301/805-1860, ext 5002
Email: rmcginley@mcginleylaw.net
*Counsel for Defendant*
*Piccard Enterprises*, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via electronic case filing, this 11th day of April, 2017, to:

| | |
|---|---|
| Andrew D. Freeman, Esq.<br>Jean M. Zachariasiewicz, Esq.<br>Abigail A. Graber, Esq.<br>Brown, Goldstein & Levy, LLP<br>120 E. Baltimore Street<br>Suite 1700<br>Baltimore, MD 21202<br>410/962-1030<br>adf@browngold.com<br>jmz@browngold.com<br>agraber@browngold.com<br>*Counsel for Plaintiffs* | John B. Flood, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>1909 K Street, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>202/887-0855<br>john.flood@ogletreedeakins.com<br>*Counsel for Co-Defendant*<br>*Choice Hotels International, Inc.* |

 /s/ Robert G. McGinley, #04642
Robert G. McGinley, #04642